PHILLIP A. TALBERT
United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALI ASGHAR, <br><br> Plaintiff, <br><br> v. <br><br> ANTONY BLINKEN, ET AL., <br><br> Defendants. | CASE NO.  2:22-CV-00303-TLN-JDP <br><br> STIPULATION AND ORDER FOR FIRST EXTENSION OF TIME |

    The Defendants respectfully request a first extension of time in which to respond to the Complaint, and counsel for Plaintiffs does not oppose.  On April 25, 2022, the U.S. Consulate General issued a request for documents.  Once in receipt of the requested documents, the consular officer will proceed to re-adjudicate Plaintiff's visa application, which will likely render this lawsuit moot.  The parties therefore stipulate that the new date for Defendants to file an answer or other dispositive pleading is June 24, 2022.  The parties further request that all other filing deadlines be similarly extended.

Respectfully submitted,

Dated:  April 25, 2022

PHILLIP A. TALBERT
United States Attorney

By: /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

/s/ JOSHUA GOLDSTEIN
JOSHUA GOLDSTEIN
Counsel for Plaintiffs

**IT IS SO ORDERED.**

Dated: April 26, 2022

Troy L. Nunley
United States District Judge

2